IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                              :      NO. 749
                                    :
APPOINTMENT TO COURT OF             :      SUPREME COURT RULES DOCKET
                                    :
JUDICIAL DISCIPLINE                 :

# **O R D E R**

PER CURIAM

AND NOW, this 20th day of October, 2017, the Honorable John H. Foradora, Jefferson County, is hereby appointed as a member of the Court of Judicial Discipline for a term of four years.